UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.* BRIAN GRAVELY, ) <br> ) <br>     Relator, ) <br> ) <br> v. ) <br> ) <br> NATIONAL AMERICAN UNIVERSITY,) <br> NATIONAL AMERICN UNIVERSITY ) <br> HOLDINGS, INC., and ) <br> DLORAH, INC., ) <br> ) <br>     Defendants. ) | Civil No. 17-05032-JLV <br><br><br><br><br><br> ORDER |

Relator and Defendants filed a Stipulation for Voluntary Dismissal of Action, and the United States filed its notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1). Good cause shown, it is

ORDERED that this action is dismissed with prejudice as to Relator and without prejudice as to the United States.

IT IS FURTHER ORDERED that all documents filed under seal in this action and kept under seal by order dated January 3, 2018, (Docket 17), shall no longer remain under seal.

IT IS FURTHER ORDERED that the Clerk of court is directed to unseal those portions of the file previously sealed.

Dated this _____ day of _____, 2020.

BY THE COURT:

_____
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE