UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BRIAN GRAVELY,<br><br>                Relator,<br><br>vs.<br><br>NATIONAL AMERICAN UNIVERSITY, NATIONAL AMERICAN UNIVERSITY HOLDINGS, INC., and DLORAH, INC.,<br><br>                Defendants. | CIV. 17-5032-JLV<br><br>ORDER |

The court recently dismissed this False Claims Act case upon stipulation of the parties. (Docket 91). In its consent to dismiss, the United States informed the court certain docket entries related to its decision not to intervene in the case no longer needed to remain sealed. (Docket 89 at p. 2). Good cause shown, it is

ORDERED that the Clerk of Court shall unseal the documents filed at docket entries 2 and 10-15.

Dated August 10, 2020.

                                BY THE COURT:

                                /s/ *Jeffrey L. Viken*
                                JEFFREY L. VIKEN
                                UNITED STATES DISTRICT JUDGE